**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gouya Ranekouhi, Esq. (SBN: 288267)
gouya@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

[Additional Counsel for Plaintiffs on Signature Page]

*Attorneys for Plaintiffs,*
Thomas Abrahamian and Mario Aliano

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS ABRAHAMIAN;  AND MARIO ALIANO; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**NATIONAL FOOTBALL LEAGUE, INC.; NFL ENTERPRISES LLC; DIRECTV, LLC; AND DIRECTV SPORTS NETWORKS LLC,**<br><br>Defendants. | **Lead Case No.:**  2:15-cv-04606-BRO-JEM<br><br>**Case Consolidated with:**<br>**2:15-CV-05508-BRO-JEM**<br><br>**NOTICE OF ERRATA** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Thomas Abrahamian and Mario Aliano ("Plaintiffs") respectfully lodge this Second Amended Complaint [ECF No. 28]. Plaintiffs failed to include the consolidated case in the caption. [*See* ECF No. 28]. Thus, Plaintiff now lodges a corrected, Second Amended Complaint attached hereto.

Respectfully submitted on this 3 day of September 2015.

KAZEROUNI LAW GROUP, APC

By: /s/ Abbas Kazerounian
Abbas Kazerounian
Attorney for Plaintiffs

[Additional Plaintiffs' Counsel]

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Sara Khosroabadi, Esq. (SBN: 299642)
sara@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C**
Todd M. Friedman (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

**JARVIS, KRIEGER & SULLIVAN**
Adam M. Tamburelli (SBN: 301902)
adam@jarvislawyers.com
Charles T. Spagnola, P.C. (SBN: 144983)
charles@jarvislawyers.com
Eliot F. Krieger (SBN: 159647)
Eliot@jarvislawyers.com
444 West Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 597-7070
Facsimile: (562) 597-7772

**ZIMMERMAN LAW OFFICES, P.C.**
Thomas A. Zimmerman, Jr. (pro hac vice anticipated)
Matthew C. De Re (pro hac vice anticipated)
matt@attorneyzim.com
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180