# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ABRAHAMIAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC.; NFL ENTERPRISES LLC; DIRECTV, LLC; and DIRECTV SPORTS NETWORKS LLC,<br><br>Defendants. | CASE NO.: 2:15-cv-04606-BRO-JEM<br><br>Complaint Filed: June 17, 2015<br>First Am. Complaint Filed: July 7, 2015<br><br>**ORDER ON STIPULATION TO FILING OF CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR MOTIONS IN RESPONSE TO COMPLAINT** |
| MARIO ALIANO, individually and, on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC., NFL ENTERPRISES LLC, DIRECTV, LLC, and DIRECTV HOLDINGS LLC,<br><br>Defendants. | CASE NO.: 2:15-cv-05508-BRO-JEM<br><br>Complaint Filed: July 21, 2015<br><br>Judge: Hon. Beverly Reid O'Connell<br>Courtroom: 14 |

1   The Court has reviewed and considered the stipulation submitted by Plaintiffs
2   Thomas Abrahamian and Mario Aliano ("Plaintiffs"), Defendants National Football
3   League, Inc. and NFL Enterprises, LLC (together "NFL"), and Defendants
4   DIRECTV, LLC, DIRECTV Holdings LLC and DIRECTV Sports Networks, LLC
5   (together "DIRECTV", and NFL and DIRECTV collectively referred to as
6   "Defendants"). In that stipulation, Plaintiffs and Defendants acknowledged that
7   Plaintiffs filed a consolidated complaint on September 1, 2015 (the "Consolidated
8   Complaint") in Case No. 2:15-cv-04606-BRO-JEM.
9   Accordingly, IT IS HEREBY ORDERED that:
10  1. Plaintiff Aliano will dismiss his individual action, Case No. 2:15-cv-
11  05508-BRO-JEM, within three (3) days of entry of this Order.
12  2. Plaintiffs' Consolidated Complaint will be the only operative pleading in
13  Case No. 2:15-cv-04606-BRO-JEM.
14  3. Defendants' current response dates to Plaintiff Abrahamian's First
15  Consolidated Complaint and Plaintiff Aliano's Complaint are vacated.
16  4. Instead, Defendants NFL and DIRECTV shall have sixty (60) days (until
17  on or before November 2, 2015) to answer, move, or otherwise respond to Plaintiffs'
18  Consolidated Complaint.
19  5. To the extent that one or more Defendants respond to the Consolidated
20  Complaint by motion in lieu of answer(s), Plaintiffs shall file response(s) to any such
21  motions within sixty (60) days of the filing of Defendants' motion(s) (on or before
22  January 4, 2016).
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

6. Any reply brief supporting a motion filed in response to the Consolidated Complaint shall be filed no later than thirty (30) days after the filing of Plaintiffs' response(s) (on or before February 3, 2016).

**IT IS HEREBY ORDERED**

Dated: September 8, 2015

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE